**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JOSEPH DALE ROBERTSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-3427 |
| | § | |
| WAL-MART STORES, INC., | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

For the reasons set forth in the accompanying Memorandum and Opinion, Wal-Mart's motion for summary judgment, (Docket Entry No. 15), is granted. This case is dismissed with prejudice.

SIGNED on October 11, 2017 at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge